# UNITED STATES DISTRICT COURT

District of

Edward Sheehan, Ronald Perry, Randy Azzato
and Alan Pacheco on behalf of themselves
and all others similarly situated

V.

Fedex Ground Package System, Inc. and
Fedex Ground Package System, Inc. d/b/a
Fedex Home Delivery

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

# 05 10936 RGS

TO: (Name and address of Defendant)
Fedex Ground Package System, Inc.
c/o/ Registered Agent
C. T. Corporation Systems
1 Federal Street
Boston, MA 02110

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Shannon Liss-Riordan, Esq.
Pyle, Rome, Lichten, Ehrenberg & Liss-Riordan, PC
18 Tremont Street, Suite 500
Boston, MA 02108

an answer to the complaint which is herewith served upon you, within ____twenty____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON

CLERK

(By) DEPUTY CLERK

DATE    MAY - 6 2005

## RETURN OF SERVICE

| Service of the Summons and complaint was made by me[1] | DATE |
|---|---|
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the third-party defendant. Place where served: ____________

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: ____________

☐ Returned unexecuted: ____________

☐ Other (specify): ____________

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on ____________ Date ____________ *Signature of Server*

____________ *Address of Server*

June 3, 2005

I hereby certify and return that on 6/1/2005 at 12:10PM I served a true and attested copy of the Summons and First Amended Complaint in this action in the following manner: To wit, by delivering in hand to Y.Concepcion, agent and person in charge at the time of service for FedEx Ground Package System, Inc., at , C/o CT Corporation Systems, 101 Federal Street Boston, MA. U.S. District Court Fee ($5.00), Basic Service Fee (IH) ($30.00), Travel ($1.00), Postage and Handling ($1.00), Attest/Copies ($5.00) Total Charges $42.00

Deputy Sheriff John Cotter

Deputy Sheriff John Cotter

Deputy Sheriff

Suffolk, ss.

Suffolk County Sheriff's Department • 45 Bromfield Street • Boston, MA 02108 • (617) 989-6999

(1)