UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| EDWARD SHEEHAN, RONALD PERRY, RANDY AZZATO, and ALAN PACHECO, on behalf of themselves and all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> FEDEX GROUND PACKAGE SYSTEM, INC. and FEDEX GROUND PACKAGE SYSTEM, INC. d/b/a FEDEX HOME DELIVERY, INC., <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) CIVIL ACTION <br> NO. 05-10936-RGS |

## DEFENDANTS' RULE 7.1 DISCLOSURE STATEMENT

Defendants FedEx Ground Package System, Inc. and FedEx Home Delivery, a division of FedEx Ground, are a wholly owned subsidiary of FedEx Corporation. Other than FedEx Corporation, there is no publicly held corporation that owns 10% or more of FedEx Ground Package System, Inc.'s stock.

    FEDEX GROUND PACKAGE SYSTEM, INC.
    and FEDEX HOME DELIVERY

    By their attorneys,

June 16, 2005    */s/ Wesley S. Chused*
    Wesley S. Chused (BBO #083520)
    LOONEY & GROSSMAN LLP

>101 Arch Street
>Boston, MA 02110
>(617) 951-2800

>and

>John H. Beisner
>Evelyn L. Becker
>O'MELVENY & MYERS LLP
>1625 Eye Street, NW
>Washington, DC 20006-4001
>(202) 383-5300

### CERTIFICATE OF SERVICE

I hereby certify that on June 16, 2005, I served a copy of the foregoing pleading upon all parties hereto electronically, via facsimile or by mailing copies thereof via first class mail, properly addressed to the following:

>Shannon Liss-Riordan, Esq.
>Alfred Gordon, Esq.
>Pyle Rome, Lichten, Ehrenberg, & Liss-Riorden
>18 Tremont Street, 5th Floor
>Boston, MA 02108

>*/s/ Wesley S. Chused*
>Wesley S. Chused

DC1:626224.2